UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 19-CIV-20290-UNGARO

JENNIFER ARTEAGA,

        Plaintiff,

v.

DUTY FREE RETAIL GROUP LLC, ONI ESSENCE INC.; MARCOS BORDONI; FERNANDO LUPICA-TONDO,

        Defendants.

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JENNIFER ARTEAGA (the "Plaintiff"), and Defendants, DUTY FREE RETAIL GROUP LLC, ONI ESSENCE INC., MARCOS BORDONI, and FERNANDO LUPICA-TONDO (the "Defendants") (collectively, the "Parties"), pursuant to Rule 41, Fed.R.Civ.P., hereby stipulate to the dismissal of this action with prejudice.

The Defendants have offered full compensation to Plaintiff on her FLSA claim. *See* **Exhibit "A"** and Complaint (D.E. # 1, para. 17). In addition, the Defendants have offered to pay Plaintiff's attorney's fees and costs and the Plaintiff's attorneys have agreed to the payment offered by the Defendants.

Further, the Parties aver that there has been no monetary settlement in this matter (other than the full compensation offered), or written settlement agreement between the Parties, and nothing for the Court to review to comply with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982). In fact, because the Plaintiff has been offered full compensation, no compromise is involved, and judicial approval should not be required. See *Mackenzie v. Kindred Hosp. E., L.L.C.*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003).

Lastly, the Parties aver that the Plaintiff's attorney's fees were agreed upon separately and without regard to the amount offered to pay Plaintiff.

Accordingly, Plaintiff and Defendants respectfully request that this Court enter an Order dismissing this action according to the terms set out above.

Dated: March 6, 2019.

| | |
|---|---|
| Saenz & Anderson, PLLC<br>Attorneys for Plaintiff<br>20900 N.E. 30th Avenue, Suite 800<br>Aventura, FL 33180<br>Tel. (305) 503-5131<br>Fax (888) 270-5549<br><br>By: __s/R. Martin Saenz_____<br>     R. Martin Saenz<br>     Florida Bar No. 0640166 | KAUFMAN DOLOWICH & VOLUCK, LLP<br>Attorneys for Defendants<br>100 SE 3rd Avenue, Suite 1500<br>Fort Lauderdale, Florida 33394<br>Telephone: (954) 302-2452<br>Facsimile: (888) 464-7982<br><br>By: __s/Edward J. McNamara<br>     Edward J. McNamara<br>     Florida Bar No. 096052 |