5788

**DUTY FREE RETAIL GROUP LLC**
6135 NW 167TH ST SUITE E14
HIALEAH, FL 33015

**MERCANTIL BANK**
MIAMI, FLORIDA 33155
63-1050/670

2/18/2019

PAY TO THE
ORDER OF _____ JENNIFER ARTEAGA

$ **1,890.00

One Thousand Eight Hundred Ninety and 00/100***************************************** DOLLARS

JENNIFER ARTEAGA

Security features. Details on back.